# United States Bankruptcy Court
Eastern District of North Carolina Wilmington Division

| | |
|---|---|
| 1902902<br>CHRISTOPHER T. VONDERAU<br>LAW OFFICES OF CHRISTOPHER VONDERAU<br>4022 SHIPYARD BLVD<br>WILMINGTON, NC 28403 | IN RE<br>FABIO ALICEA<br>801 UNIT 1 BLANCHE AVE<br><br>CAROLINA BEACH, NC 28428<br>SSN or Tax I.D. XXX-XX-4336<br>-------------------------------<br>SARAH J ZABEK<br>801 UNIT 1 BLANCHE AVE<br><br>CAROLINA BEACH, NC 28428<br>SSN or Tax I.D. XXX-XX-1254 |
| U.S. Bankruptcy Court<br>P.O. Box 791<br>Raleigh, NC 27602 | Other Names Used: |

CLAIM NO: -Court- A           U.S.

## OBJECTION TO CONFIRMATION
## AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

The debtors are delinquent in the amount of $1,240.00 as of the below date.

It is requested that the Court enter an Order denying confirmation and dismissing the case, and

The debtor is hereby notified that unless the debtor(s) file(s) a written request for a hearing within twenty-one (21) days of this notice, the Court will summarily dismiss this case without further notice or hearing.

DATED: August 09, 2019          /S/ Joseph A. Bledsoe, III

                                Joseph A. Bledsoe, III
                                Chapter 13 Trustee

# CERTIFICATE OF MAILING

CASE: 1902902　　TRUSTEE: 2V　　COURT: 278　　　　　　　　　　　　　　Page 1 of 1
TASK: 08-08-2019.01224361.BLB014　　DATED: 08/09/2019

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | FABIO ALICEA | 801 UNIT 1 BLANCHE AVE<br>CAROLINA BEACH, NC 28428 |
| Joint | | SARAH J ZABEK | 801 UNIT 1 BLANCHE AVE<br>CAROLINA BEACH, NC 28428 |
| 799 | 000002 | CHRISTOPHER T. VONDERAU<br>4022 SHIPYARD BLVD | LAW OFFICES OF CHRISTOPHER VONDERAU<br>WILMINGTON, NC 28403 |

5 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 08/09/2019.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   08/09/2019   BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail