# United States Bankruptcy Court
### Eastern District of North Carolina Wilmington Division

| | |
|---|---|
| 1902902<br>CHRISTOPHER T. VONDERAU<br>LAW OFFICES OF CHRISTOPHER VONDERAU<br>4022 SHIPYARD BLVD<br>WILMINGTON, NC 28403 | IN RE<br>FABIO ALICEA<br>801 UNIT 1 BLANCHE AVE<br><br>CAROLINA BEACH, NC 28428<br>SSN or Tax I.D. XXX-XX-4336<br>-------------------------------<br>SARAH J ZABEK<br>801 UNIT 1 BLANCHE AVE<br><br>CAROLINA BEACH, NC 28428<br>SSN or Tax I.D. XXX-XX-1254<br>Other Names Used: |
| U.S. Bankruptcy Court<br>P.O. Box 791<br>Raleigh, NC 27602 | |

CLAIM NO: -Court-A   U.S.

## NOTICE TO CREDITORS AND PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:   September 05, 2019
TIME:   10:00 AM
PLACE:  U.S. BANKRUPTCY COURT
        ROOM 208
        300 FAYETTEVILLE STREET
        RALEIGH, NC 27602

to consider and act on the following matters the Trustee's Motion to Dismiss and to transact all other business as may properly come before the court.

*** All parties to this matter are directed to meet with the duty trustee 30 minutes prior to the hearing set in this notice. ***

DATED:  August 23, 2019                    Stephanie J. Butler
                                           Clerk of Court

CASE: 1902902  TRUSTEE: 2V  COURT: 278  Page 1 of 1
TASK: 08-22-2019.01224867.BLB002  DATED: 08/23/2019

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | FABIO ALICEA | 801 UNIT 1 BLANCHE AVE<br>CAROLINA BEACH, NC 28428 |
| Joint | | SARAH J ZABEK | 801 UNIT 1 BLANCHE AVE<br>CAROLINA BEACH, NC 28428 |
| 799 | 000002 | CHRISTOPHER T. VONDERAU<br>4022 SHIPYARD BLVD | LAW OFFICES OF CHRISTOPHER VONDERAU<br>WILMINGTON, NC 28403 |

5 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 08/23/2019.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    08/23/2019    BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail