# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Wilmington Division**

IN RE:
Fabio Alicea
  *( debtor has no known aliases )*
801 Unit 1 Blanche Ave
Carolina Beach, NC 28428

Sarah J Zabek
  *( debtor has no known aliases )*
801 Unit 1 Blanche Ave
Carolina Beach, NC 28428

CASE NO.: 19–02902–5–SWH

DATE FILED: June 26, 2019

CHAPTER: 13

ORDER CONTINUING CONFIRMATION HEARING

IT IS ORDERED that the hearing on confirmation is continued.

DATE: Wednesday, November 13, 2019
TIME: 10:30 AM
PLACE: Alton Lennon Federal Building, 2 Princess Street, Wilmington, NC 28401

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: September 16, 2019

Stephani W. Humrickhouse
United States Bankruptcy Judge