**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Fabio Alicea
801 Unit 1 Blanche Ave
Carolina Beach, NC 28428

CASE NO.: 19–02902–5–SWH

DATE FILED: June 26, 2019

CHAPTER: 13

Sarah J Zabek
801 Unit 1 Blanche Ave
Carolina Beach, NC 28428

## ORDER OF DISMISSAL

The court finds that Fabio Alicea and Sarah J Zabek has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Fabio Alicea and Sarah J Zabek file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Fabio Alicea and Sarah J Zabek and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: December 13, 2019

Stephani W. Humrickhouse
United States Bankruptcy Judge